# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 15, 2025

Lyle W. Cayce
Clerk

No. 21-30446

Robert Parker,

    *Plaintiff—Appellee,*

versus

James M. LeBlanc, *Secretary of Department of Public Safety and Corrections*,

    *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:18-CV-1030

_____

ORDER:

    The order withholding issuance of the mandate in this appeal is **VACATED**.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT